**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*



*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 16, 2007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 22, 2007
```

**BY HAND**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   **United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)**

Dear Judge Batts:

A pre-trial conference was previously set in the above-referenced case for Monday, August 20, 2007 at 10:00 a.m. However, the Court has rescheduled the conference for September 4, 2007 at 10:30 a.m. Accordingly, the Government respectfully requests that time be excluded from speedy trial calculations until that date. Charles Hochbaum, Esq., counsel for defendant Oswaldo Moreno, has no objection, and the Government has not yet heard from the other defense counsel.

*[handwritten: DAB/ GRANTED 8-17-07 n.p.t. 8.21.07]*

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: *Marina Molé*
Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

cc:   William J. Stampur, Esq. (by facsimile)
      Seth C. Farber, Esq. (by facsimile)
      Charles S. Hochbaum, Esq. (by facsimile)
      Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**

*Deborah A. Batts*

DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

MEMO ENDORSED   MEMO ENDORSED   MEMO ENDORSED   MEMO ENDORSED