

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2·22·2008
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 22, 2008

**BY FAX (212-805-7902)**

Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

        Re:    <u>United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)</u>

Dear Judge Batts:

        A pre-trial conference was previously set in the above-referenced case for February 26, 2008 at 4:30 p.m. The Government and the defense respectfully request that <u>the conference be adjourned</u>, and rescheduled to a date convenient for the Court after April 1, 2008.

/DAB/ GRANTED 2/22/2008

        The Government respectfully requests <u>that time be excluded from speedy trial calculations</u> until that date. The Government has produced discovery to the defense counsel, who are reviewing it, and is having discussions about the possibility of disposition with counsel. Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and Charles Hochbaum, Esq. have no objection to the exclusion.

/DAB/ GRANTED 2/22/2008

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Marissa Molé/Eugene Ingoglia
Assistant United States Attorneys
(212) 637-2275/1113

*The conference is now scheduled to take place Monday, April 7, 2008 at 10:30 am. In the interests of justice time is excluded from Speedy Trial calculations until that date.*

cc:  William J. Stampur, Esq. (by facsimile)
     Seth C. Farber, Esq. (by facsimile)
     Charles S. Hochbaum, Esq. (by facsimile)
     Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE