```
┌─────────────────────────────┐
│ USDC SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: _____    │
└─────────────────────────────┘
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 5, 2008

**BY FAX (212-805-7902)**
Honorable Deborah A. Batts
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    <u>United States v. Josue Mendez et. al., 07 Cr. 533 (DAB)</u>

Dear Judge Batts:

    A pre-trial conference was previously set in the above-referenced case for June 9, 2008. The Government writes to respectfully request, on behalf of the Government and defense counsel, that the conference be adjourned to a date convenient for the Court after the first week of July 2008. Counsel for defendant Ricardo Soriano respectfully requests that the conference be scheduled for the week of July 14, 2008, if possible.

/DAB/ Granted 06/09/08

    The Government respectfully requests that time be excluded from speedy trial calculations until that date. The Government previously has produced discovery to defense counsel, and is having discussions with each counsel about the possibility of a disposition without need for trial. Seth C. Farber, Esq., William Stampur, Esq. Alan Haber, Esq. and Charles Hochbaum, Esq. have no objection to the exclusion.

/DAB/ Granted 06/09/08

                                                       Respectfully submitted,

*The pretrial conference is now scheduled for July 14, 2008, Monday at 10:30am.*

                                                     MICHAEL J. GARCIA
                                                     United States Attorney

                           By:  _____
                                 Marissa Molé/Eugene Ingoglia
                                 Assistant United States Attorneys
                                 (212) 637-2275/1113

cc:    William J. Stampur, Esq. (by facsimile)
       Seth C. Farber, Esq. (by facsimile)
       Charles S. Hochbaum, Esq. (by facsimile)
       Allan P. Haber, Esq. (by facsimile)

**SO ORDERED**
*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE